Date: 07/06/11

MO 39171
7-7-11

Page:

# DIVIDENDS REMITTED TO THE COURT

Case Number 10-35004 - LUEDLOFF, KARON ROSE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| CHASE BANK USA N<br>C/O CREDITORS BKY SERVICE<br>PO BOX 740933<br>DALLAS TX 75374 | 000003 | 166.92 | 2.39 |
| ---------- Remittance Total ---------- | | 166.92 | 2.39 |

MICHAEL J. IANNACONE, Trustee

RECEIVED 11 JUL -7 PM 12:48 U.S. BANKRUPTCY COURT ST. PAUL, MN